552 A.2d 667

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Boyd T. WRIGHT, Respondent.**

Supreme Court of Pennsylvania.

Jan. 26, 1989.

## ORDER OF COURT

PER CURIAM.

The petition for allowance of appeal is granted, the order of the Superior Court is reversed pursuant to *Commonwealth v. Blystone*, 519 Pa. 450, 549 A.2d 81 (1988), and the case is remanded to Superior Court for further proceedings to dispose of respondent's remaining appellate issues.